UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D'Anthony Jamison,

                Plaintiff,

-against-

Detective Nathan Cavada,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2019

1:17-cv-01764 (LTS) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, January 21, 2020 at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

**SO ORDERED.**

DATED:    New York, New York
             December 6, 2019

_____
STEWART D. AARON
United States Magistrate Judge