# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

ROBERT BLOSSNER
VIK PAWAR

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.nyc

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2020
```

January 10, 2020

**BY ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York

Re: *Jamison v. Cavada,* 17 CV 1764 (LTS) (SDA)

Dear Judge Aaron:

      I represent the plaintiff in this action. I write to respectfully request that the Court adjourn the settlement conference currently scheduled for January 21, 2020. This is the first such request. Defense counsel consents.

      Judge Swain granted defendant's request to file a motion for "reconsideration" of her Order denying summary judgment and referring the matter to Your Honor for settlement purposes. Plaintiff conveyed a demand of $70,000.00 and defendant responded with an offer of $500.00 which barely covers the filing fee. Given defendant's current settlement posture, it might be beneficial to have a settlement conference after the motion to reconsider has been ruled upon.

      As such, both parties respectfully request that the Court adjourn the settlement conference to at least one week after a decision on the motion to "reconsider" is handed down. Of course, if the Court would still prefer the parties to appear on January 21, 2020, we would abide by the Court's directive.

1

Thank you.

Respectfully,

Vik Pawar (VP9101)

Cc: Mr. James Jimenez, Esq.

---

Request GRANTED. The Settlement Conference scheduled for January 21, 2020 is adjourned *sine die*. The parties shall jointly contact Judge Aaron's chambers no later than seven days after a decision on Defendant's motion for reconsideration is issued and propose three mutually convenient dates to reschedule the Settlement Conference. SO ORDERED.
Dated: January 10, 2020