# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.nyc

ROBERT BLOSSNER
VIK PAWAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-20

**MEMO ENDORSED**

February 3, 2020

**BY ECF**
The Honorable Laura T. Swain
United States District Judge
Southern District of New York

Re:   *Jamison v. Cavada*, 17 CV 1764 (LTS) (SDA)

Dear Judge Swain:

    I represent the plaintiff in this action. Plaintiff respectfully requests that the Court deny defendant's letter suggesting that the motion is unopposed because of a missed deadline. Defendant forgets that he made a request to extend time to file the "motion for reconsideration" on the last possible date.

    First, I apologize to the Court in mistakenly calendaring the due date as February 6, 2020. After defense counsel filed his letter, I learned that the date was incorrect and I was mistaken.

    Second, I was hoping to write to the Court in advance of the mistaken deadline date to ask for a few additional days to file plaintiff's response.

    The old deadline was January 28, 2020.

    The requested deadline is February 11, 2020.

Thank you.

Respectfully,

Vik Pawar (VP9101)

*The requested extension is granted. No further extensions. DE #84 resolved.*

SO ORDERED:
/s/ Laura Taylor Swain  2/3/2020
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Cc:  Defense counsel

1