UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jamison,

                      Plaintiff,

      -against-

Cavada,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2020

1:17-cv-01764 (LTS) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than Friday, July 24, 2020, the parties shall file a joint letter indicating whether either party intends to file a dispositive motion and, if so, setting forth a proposed briefing schedule.

**SO ORDERED.**

DATED:    New York, New York
              July 20, 2020

_____
STEWART D. AARON
United States Magistrate Judge