

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | NICOLETTE PELLEGRINO<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2338<br>Fax: (212) 356-3509<br>Email: npellegr@law.nyc.gov |
|---|---|---|

September 4, 2020

VIA E.C.F.
Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   D'Anthony Jamison v. Det. Nathan Cavada,
      17 Civ. 1764 (LTS) (SDA)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing New York City Police Department Detective Nathan Cavada in the above referenced matter. Det. Cavada respectfully requests that the Court approve the parties' proposed deadline of September 23, 2020, as the date by which the parties may oppose the anticipated motions *in limine*.

      On July 29, 2020, the Court ordered the parties to file their motions *in limine* thirty days before the October 9, 2020 Final Pre-Trial Conference. (See Dkt. No. 96.) Thus, the parties' motions *in limine* are due September 9, 2020.

      The parties have met and conferred and, subject to the Court's approval, the parties have agreed that opposition papers to the anticipated September 9, 2020 motions *in limine*, if any, shall be served and filed by September 23, 2020.

      Accordingly, Det. Cavada respectfully requests that the Court approve the parties' proposed opposition deadline, and that the parties may file oppositions, if any, by September 23, 2020.

      Det. Cavada thanks the Court for its consideration.

2

Respectfully submitted,

*/s/ Nicolette Pellegrino*
Nicolette Pellegrino
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC: VIA E.C.F.
Vik Pawar, Esq.
*Attorney for Plaintiff*

The proposed schedule is approved.  DE# 97 resolved.
SO ORDERED.
9/8/2020
/s/ Laura Taylor Swain, USDJ