# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.nyc

ROBERT BLOSSNER
VIK PAWAR

September 29, 2020

**BY ECF**
The Honorable Laura T. Swain
United States District Judge
Southern District of New York

## MEMO ENDORSED

Re:    *Jamison v. Cavada,* 17 CV 1764 (LTS) (SDA)

Dear Judge Swain:

I represent the plaintiff in this action. Plaintiff respectfully requests an extension of the submission of the JPTO and an adjournment of the conference. If the Court grants this request, the deadline would be extended from October 2, 2020 to October 16, 2020. The conference is scheduled for October 9, 2020.

I need this extension essentially for the same reasons I requested for an extension to submit opposition papers to the motion *in limine*. Defense counsel does not object and has been diligently doing her part to complete defendant's portion of the JPTO. I thank her for her understanding.

Thank you.

The request is granted. The conference is adjourned to
November 13, 2020, at 11:00 a.m. DE#106 resolved.
SO ORDERED.
9/29/2020
/s/ Laura Taylor Swain, USDJ

Respectfully,

/s
Vik Pawar (VP9101)

Cc:    Ms. Nicolette Pellegrino, Esq.
       *Defense counsel*

1