UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
D'Anthony Jamison,

                             Plaintiff,

    -against-

Detective Nathan Cavada,

                           Defendant.
------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

17 Civ. 1764 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On November 13, 2020, I held a telephonic status conference in the above-captioned matter. Parties are hereby ordered to appear for a status conference on December 4, 2020 at 10 am. Parties shall inform the court of any settlement reached prior to the status conference.

       SO ORDERED.

Dated:      November 13, 2020       _____/s/ Alvin K. Hellerstein_____
               New York, New York        ALVIN K. HELLERSTEIN
                                                    United States District Judge